DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GWYN

No. 434P91

Case below: 103 N.C.App. 369

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

STATE v. JEUNE

No. 496A91

Case below: 104 N.C.App. 388

Petition by Attorney General for temporary stay allowed 12 November 1991.

STATE v. LOCKLEAR

No. 500P91

Case below: 104 N.C.App. 311

Petition by defendant for temporary stay allowed 15 November 1991 on the condition that the $150,000.00 secured bond remain in full force and effect.

STATE v. McDOUGALL

No. 86A81

Case below: 308 N.C. 1

Petition by defendant for writ of certiorari to review the Superior Court, Mecklenburg County, denied 15 October 1991.

STATE v. MONEYMAKER

No. 411P91

Case below: 103 N.C.App. 666

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.